UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
          v.                   )    Criminal No. 92-0234-01, 02,
                               )                  03, 04 (LFO)
                               )
RILEY S. WALLS,                )
KAREN BLAKNEY,                 )
JEROME JACKSON, and            )
CHARLES F. CAMPBELL,           )
                               )
          Defendants.          )
_____)

### ORDER

A schedule for the filing of briefs by the parties and <u>amici</u> to assist in the sentencing of these defendants has been set. It is this 6th day of July, 1993, hereby

ORDERED: that a presentence hearing to address those filings shall be held on <u>October 8, 1993 at 9:30 a.m.</u> in Courtroom No. 3.

                                                *Louis F. Oberdorfer*
                                          UNITED STATES DISTRICT JUDGE

