FILED

JUL 27 1993

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
          v.                        )   Criminal No. 92-0234-04 (LFO)
                                    )
CHARLES F. CAMPBELL,                )
                                    )
          Defendant.                )

### ORDER

Upon consideration of the Unopposed Motion for Access to Presentence Report and for the reasons set forth therein, it is by the Court this 27th day of July 1993

**ORDERED** that the unopposed motion for access to the Presentence Report in this matter is granted; it is further

**REQUESTED** that U.S. District Judge June L. Green permit amicus curiae Philip T. Inglima, attorney Charles A. Kubinski and Assistant United States Attorney Steven E. Bunnell access to the Presentence Report and related post-commitment papers in this matter; and it is further

**ORDERED** that all counsel receiving copies of such materials will maintain the confidentiality of those materials and use them only in connection with the instant case.

_____
Louis F. Oberdorfer

- 2 -

**Copies to:**

The Honorable June L. Green
United States District Judge
United States District Court
   for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C.  20001

Philip T. Inglima, Esquire
Cacheris & Treanor
1100 Connecticut Avenue, N.W.
Suite 730
Washington, D.C.  20036

Charles A. Kubinski, Esquire
1505 27th Street, N.W.
Suite 2
Washington, D.C.  20007

Steven E. Bunnell, Esquire
Assistant United States Attorney
United States Attorney's Office
   for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20001

RECEIVED

JUL 21   7 39 PM '93

UNITED STATES
DISTRICT COURT
DISTRICT OF COLUMBIA